UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:25-cv-02169-FWS-KES | Date | November 4, 2025 |
| Title | Mario Mendoza v. Llego El Sabor Inc et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

<u>Rolls Royce Paschal</u>　　　　　　　　　　　　<u>Not Reported</u>
Deputy Clerk　　　　　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

None Present　　　　　　　　　　　　　　　　　None Present

**PROCEEDINGS:　(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

　　The court, having been advised by a Notice of Settlement [11] that this action settled, hereby orders this action dismissed without prejudice. The court hereby orders all proceedings in the case vacated and taken off calendar.

　　The court retains jurisdiction for **30 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed. This order shall not prejudice any party in this action.

　　Any pending Order to Show Cause is hereby discharged.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　-　　:　-
　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　rrp

cc: